### 7568.  GEER v. BROWN.

BROYLES, J.  There was in this case a direct issue of fact, and the evidence thereon being conflicting, and the verdict and judgment rendered in the municipal court of Atlanta not being demanded, either by the law or the evidence, or by both, under the repeated and uniform rulings of this court and of the Supreme Court the discretion of the judge of the superior court in sustaining the certiorari and granting a first new trial (the order sustaining the certiorari and granting a new trial not being based on any special ground) will not be disturbed.

*Judgment affirmed.*

DECIDED NOVEMBER 22, 1916.

Certiorari; from Fulton superior court—Judge Bell.  October 15, 1915

*Evins & Moore, J. Earle Williams,* for plaintiff in error.
*Hewlett, Dennis & Whitman,* contra.

---

### 7674.  TOOLE v. JONES.

BROYLES, J.  In this case the motion for a new trial contained only the usual general grounds.  There was some slight evidence authorizing the verdict; and, the verdict having been approved by the trial judge, under the repeated and uniform rulings of this court and of the Supreme Court a reviewing court is powerless to interfere.  When the verdict is apparently decidedly against the weight of the evidence, the trial judge has a wide discretion as to granting or refusing a new trial; but whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court.

*Judgment affirmed.*

DECIDED NOVEMBER 22, 1916.

Complaint; from city court of Miller county—Judge Geer.  May 6, 1916.

*N. L. Stapleton,* for plaintiff in error.  *P. D. Rich,* contra.